**UNITED STATES OF AMERICA**
**NORTHERN DISTRICT OF NEW YORK**

---

SANDRA STOEL, *Individually and as Executor of the Estate of JOHN W. STOEL, Deceased,*

                Plaintiff,

  -v-                                  DOCKET NO. 5:04-CV-00525 (NAM)

LEPRINO FOODS, INC.
*a Colorado Corporation*

                Defendant.

---

**NORMAN A. MORDUE, Chief U.S. District Court Judge**

## ORDER OF DISMISSAL

    Due notice having been given that the above-entitled action would be placed upon a Dismissal Calendar for August 16, 2006, pursuant to Local Rule 41.2 of the Rules of the Northern District of New York, and no sufficient cause has been shown why said case should not be dismissed for failure to prosecute;

    IT IS ORDERED that the above-entitled action be and the same is hereby DISMISSED.

**IT IS SO ORDERED.**

DATED:    August 22, 2006
                Syracuse, New York

                                              Norman A. Mordue
                                              Chief United States District Court Judge