# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**SANDRA STOEL, Individually and as Executor of the Estate of John W. Stoel, Deceased**

*Plaintiff*

VS.                                       5:04-CV-525 (NAM)

**LEPRINO FOODS, INC., a Colorado Corporation**

*Defendant*

[X]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the action is hereby dismissed for plaintiff's failure to prosecute the action.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated the 22nd day of August, 2006.

**AUGUST 29, 2006**                              **LAWRENCE K. BAERMAN**
_____           _____

**DATE**                                                **CLERK OF COURT**

s/
_____

**JOANNE BLESKOSKI**
**DEPUTY CLERK**